IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01199–WYD–KMT

UNITED STATES OF AMERICA,

      Plaintiff,

v.

GREGORY MARTENS,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's "Motion for Leave to File Amended Complaint" (Doc. No. 19, filed October 10, 2014) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff may file its Amended Complaint on or before November 14, 2014.

Dated: November 12, 2014